**SANDYLAND PRODUCE, LLC, a North Carolina Limited Liability Company, Plaintiff–Appellee,**

v.

**TAR HEEL FARMS, INC., a Florida Corporation, Scott S. Painter, an individual, Defendants–Appellants,**

Ambrosia Farms of Pompano Beach, Inc., a Florida Corporation, et al., Defendants.

No. 04–16340.

D.C. Docket No. 02–01515–CV–ORL–31JGG.

United States Court of Appeals, Eleventh Circuit.

April 12, 2006.

Bruce M. Edenfield, Gray, Hedrick & Edenfield, LLP, Atlanta, GA, for Plaintiff–Appellee.

Jacob A. Rose, The Rose Law Firm, P.A., West Palm Beach, FL, for Defendants–Appellants.

Before CARNES, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

After a careful consideration of the briefs, review of the record on appeal, and having heard oral argument in the matter, we conclude that the judgment in this case should be affirmed on the basis of the district court's opinion.

**AFFIRMED.**